JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar Number 7709

PATRICK A. ROSE
Assistant United States Attorney
Nevada Bar Number 5109
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Patrick.Rose@usdoj.gov
*Attorneys for the Federal Defendants*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| FULLAM ENTERPRISES dba THUNDERSTRUCK DANCE PRODUCTIONS, a Nevada Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>U.S. SMALL BUSINESS ADMINISTRATION and ISABELLA CASILLAS GUZMAN, Administrator, Small Business Administration,<br><br>Defendants. | Case No. 2:22-cv-01032-RFB-NJK<br><br>**Stipulation and Order to Extend or Clarify Responsive Date (First Request)** |

In this case, arising under the Administrative Procedure Act, 5 U.S.C. §§ 551–559, 701–706, Plaintiff and Federal Defendants, through their undersigned attorneys, submit this stipulation to extend or clarify, and thereby establish, a mutually-agreeable date of September 29, 2022, for Federal Defendants to file and serve an answer to Plaintiff's First Amended Complaint (ECF No. 20, filed 9/1/2022). This is the first request of this kind, and it is based on the circumstances set forth below.

A response to an amended complaint is due on the later of 14 days after service of the amended complaint or the due date to respond to the original complaint. Fed. R. Civ. P. 15(a)(3). Federal defendants, such as those named in this case, have 60 days from service of process on the United States Attorney to respond to a complaint. *See* Fed. R. Civ. P. 12(a)(2); *see also* Fed. R. Civ. P. 4(i)(1), (2) (requirements for service of process include

delivery of summons and complaint, or certified mailing of summons and complaint, to the United States Attorney or other appropriate person within the office). The United States Attorney was not served with the summonses and original complaint so as to commence the 60-day clock.

However, as a practical matter, the undersigned AUSA filed a Notice of Appearance on July 25, 2022, noting that a revised decision was expected from the SBA, the SBA issued a revised decision on July 28, 2022, and Plaintiff filed its First Amended Complaint on September 1, 2022.

In an effort to avoid motion practice over the issues of service requirements and an applicable responsive due date, and because the undersigned AUSA's schedule includes several meetings, depositions, and other deadlines during the next two weeks, the parties agree to a date of September 29, 2022, for Federal Defendants to file and serve an answer to Plaintiff's First Amended Complaint. The U.S. Attorney's Office remains very busy, with three civil defense attorneys and three vacancies for civil defense attorneys.

Respectfully submitted this 14th day of September 2022.

| | |
|---|---|
| METSCH & MASON LLP | JASON M. FRIERSON<br>United States Attorney |
| /s/ Michael J. Mason<br>MICHAEL J. MASON, Esq.<br>5060 N. Harbor Drive, Suite 275<br>San Diego, CA 92106<br>*Attorneys for Plaintiff Fullam Enterprises* | /s/ Patrick A. Rose<br>PATRICK A. ROSE<br>Assistant United States Attorney<br>*Attorneys for the Federal Defendants* |

**IT IS SO ORDERED**

_____
UNITED STATES MAGISTRATE JUDGE
DATED: September 15, 2022