JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar Number 7709

PATRICK A. ROSE
Assistant United States Attorney
Nevada Bar Number 5109
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Patrick.Rose@usdoj.gov
*Attorneys for the Federal Defendants*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| FULLAM ENTERPRISES dba THUNDERSTRUCK DANCE PRODUCTIONS, a Nevada Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>U.S. SMALL BUSINESS ADMINISTRATION and ISABELLA CASILLAS GUZMAN, Administrator, Small Business Administration,<br><br>Defendants. | Case No. 2:22-cv-01032-RFB-NJK<br><br>**Stipulation and Order to Set Briefing Schedule** |

Pursuant to the Administrative Procedure Act, 5 U.S.C. §§ 551–559, 701–706, and LR 16-1(c)(1), and considering Plaintiff's counsel's upcoming trial preparations and trial in another matter, Plaintiff and Federal Defendants, through their undersigned attorneys, propose for the Court's approval the following schedule for this matter:

November 30, 2022:   Federal Defendants will produce to Plaintiff and file with the Court the Administrative Record (AR), along with an index of the AR;

January 30, 2023   Plaintiff will file its motion for summary judgment;

February 28, 2023   Federal Defendants will file their combined opposition/motion for summary judgment;

March 30, 2023   Plaintiff will file its combined opposition/reply; and

April 28, 2023       Federal Defendants will file their reply.

Respectfully submitted this 10th day of November 2022.

| METSCH & MASON LLP | JASON M. FRIERSON<br>United States Attorney |
|---|---|
| */s/Michael J. Mason*<br>MICHAEL J. MASON, Esq.<br>5060 N. Harbor Drive, Suite 275<br>San Diego, CA 92106 | */s/ Patrick A. Rose*<br>PATRICK A. ROSE<br>Assistant United States Attorney<br>*Attorneys for the Federal Defendants* |

and

ERIC R OLSEN, Esq.
GARMAN TURNER GORDON LLP
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
*Attorneys for Plaintiff Fullam Enterprises*

**IT IS SO ORDERED**

_____
**UNITED STATES MAGISTRATE JUDGE**

**DATED:** November 14, 2022