JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar Number 7709

PATRICK A. ROSE
Assistant United States Attorney
Nevada Bar Number 5109
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Patrick.Rose@usdoj.gov
*Attorneys for the Federal Defendants*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| FULLAM ENTERPRISES dba THUNDERSTRUCK DANCE PRODUCTIONS, a Nevada Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>U.S. SMALL BUSINESS ADMINISTRATION and ISABELLA CASILLAS GUZMAN, Administrator, Small Business Administration,<br><br>Defendants. | Case No. 2:22-cv-01032-RFB-NJK<br><br>**Order to<br>Extend Briefing Schedule<br>(First Request)** |

Plaintiff and Federal Defendants, through their undersigned attorneys, jointly request a 45-day extension of the briefing schedule (ECF No. 26), as set forth below, in this case arising under the Administrative Procedure Act, 5 U.S.C. §§ 551–559, 701–706.

Without waiver or admission, the parties advise that they require additional time to evaluate the case and their positions in light of a provision in the recently enacted Consolidated Appropriations Act, 2023, H.R. 2617, relating to Shuttered Venue Operators Grant funds.

This is the first request for an extension of the briefing deadlines in this matter.

The following table sets forth the current deadlines and the proposed extended deadlines that are the subject of this stipulated request:

| CURRENT DEADLINE | PROPOSED DEADLINE | EVENT |
|---|---|---|
| 1/30/2023 | 3/16/2023 | Plaintiff's motion for summary judgment |
| 2/28/2023 | 4/14/2023 | Federal Defendants' combined opposition/motion for summary judgment |
| 3/30/2023 | 5/14/2023 | Plaintiff's combined opposition/reply; |
| 4/28/2023 | 6/12/2023 | Federal Defendants' reply |

Respectfully submitted this 24th day of January 2023.

METSCH & MASON LLP

*/s/ Michael J. Mason*
MICHAEL J. MASON, Esq.
5060 N. Harbor Drive, Suite 275
San Diego, CA 92106

and

ERIC R OLSEN, Esq.
GARMAN TURNER GORDON LLP
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
*Attorneys for Plaintiff Fullam Enterprises*

JASON M. FRIERSON
United States Attorney

*/s/ Patrick A. Rose*
PATRICK A. ROSE
Assistant United States Attorney
*Attorneys for the Federal Defendants*

**IT IS SO ORDERED**

_____
**UNITED STATES MAGISTRATE JUDGE**

**DATED:** January 25, 2023