1  JASON M. FRIERSON
   United States Attorney
2  District of Nevada
   Nevada Bar Number 7709
3
   PATRICK A. ROSE
4  Assistant United States Attorney
   Nevada Bar Number 5109
5  501 Las Vegas Blvd. So., Suite 1100
   Las Vegas, Nevada 89101
6  (702) 388-6336
   Patrick.Rose@usdoj.gov
7  *Attorneys for the Federal Defendants*

8

9                  UNITED STATES DISTRICT COURT
                        DISTRICT OF NEVADA
10

11 FULLAM ENTERPRISES dba              Case No. 2:22-cv-01032-RFB-NJK
   THUNDERSTRUCK DANCE
12 PRODUCTIONS, a Nevada Corporation,
                                       **Stipulation and Order to**
13                Plaintiff,           **Dismiss without Prejudice**

14    vs.

15 U.S. SMALL BUSINESS
   ADMINISTRATION and ISABELLA
16 CASILLAS GUZMAN, Administrator, Small
   Business Administration,
17
                  Defendants.
18

19       Plaintiff and Federal Defendants, through their undersigned attorneys, stipulate that

20 this action, arising under the Administrative Procedure Act, 5 U.S.C. §§ 551–559, 701–706,

21 be dismissed without prejudice, each party to bear its own attorneys' fees and costs.

22       Should Plaintiff file within one year of this dismissal a new action that arises from

23 the same events that are the subject of the instant First Amended Complaint, ECF No. 20,

24 Federal Defendants will not assert in such new action a defense of statute of limitations.

25 ///

26 ///

27 ///

28 ///

Federal Defendants reserve, and may assert in such new action, all other defenses and arguments.

    Respectfully submitted this 16th day of March 2023.

| | |
|---|---|
| METSCH & MASON LLP | JASON M. FRIERSON<br>United States Attorney |
| /s/ Michael J. Mason<br>MICHAEL J. MASON, Esq.<br>5060 N. Harbor Drive, Suite 275<br>San Diego, CA 92106 | /s/ Patrick A. Rose<br>PATRICK A. ROSE<br>Assistant United States Attorney<br>*Attorneys for the Federal Defendants* |

and

ERIC R OLSEN, Esq.
GARMAN TURNER GORDON LLP
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
*Attorneys for Plaintiff Fullam Enterprises*

                                          **IT IS SO ORDERED**

_____
RICHARD F. BOULWARE, II
**United States District Court**

DATED this 17th day of March, 2023.